Date: 05/14/10                                                                                                                Page:

# DIVIDENDS REMITTED TO THE COURT
Check Number 2014 Dated 05/14/10
Case Number 09-32488 - SCHMITT, LOUIS P JR.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| ST PAUL RADIOLOGY<br>166 4TH ST E<br>ST PAUL MN 55101<br>733975 | 000008 | 332.00 | 3.42 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701<br>1009 | 000009 | 287.39 | 2.96 |
| ---------- Remittance Total ---------- | | 619.39 | 6.38 |

MICHAEL J. IANNACONE, Trustee

COURT1                                                                                    Printed: 05/14/10 01:31 PM    Ver: 15.08